IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANGELA BARTON, § | |
|    Plaintiff, § | |
| § | No. 9:17-CV-00155- RC-KFG |
| v. § | |
| § | |
| § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
|    Defendant. § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits. This matter has been referred to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge submitted a report recommending that the decision of the Commissioner be affirmed. The court has considered the report and recommendation filed on January 28, 2019. (Doc. No. 19). The Plaintiff did not file any objections. The court concludes that the magistrate judge correctly identified, discussed, and analyzed the points of error argued by plaintiff correctly. The magistrate judge properly examined the entire record to determine that substantial evidence supports the administrative law judge's determination and the Commissioner's denial of benefits.

The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** March 11, 2019.

_____
Ron Clark, Senior District Judge